Cynthia L. Rice, SBN 87630
Cecilia Guevara Zamora, SBN 307159
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Fax: (916) 446-3057

cricecrlaf@comcast.net
cguevarazamora@crlaf.org

Virginia Villegas, SBN 179062
Felicia Goldstein, SBN 163600
VILLEGAS CARRERA, INC.
3330 Geary Blvd., 2nd Fl. West
San Francisco, California 94118
Telephone: (415) 989-8000
Fax: (415) 989-8028
virginia@e-licenciados.com
felicia@e-licenciados.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LIZARRAGA, and JAIME CARDENAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROWER'S CHOICE, INC; ROBERT LONGSTRETH, an individual, and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-00526-TLN-DB<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING CLOSE OF DISCOVERY** |

Based on the Parties' Joint Stipulation to Extend the Close of Discovery and for good cause shown:

1. The date for close of discovery stated in the Initial Pretrial Scheduling Order is modified to two hundred and forty (240) days from August 11, 2020, the date of mediation; and

2. All other deadlines in the Initial Pretrial Scheduling Order shall conform to the new discovery cutoff date.

**IT IS SO ORDERED.**

DATED: February 12, 2020

                                            Troy L. Nunley
                                            United States District Judge