Virginia Villegas, SBN 179062
Felicia Goldstein, SBN 163600
VILLEGAS CARRERA, INC.
3330 Geary Blvd., 2nd Fl. West
San Francisco, CA 94118
Telephone: (415) 989-8000
Facsimile: (415) 989-8028
virginia@e-licenciados.com
felicia@e-licenciados.com

Cynthia L. Rice, SBN 87630
Verónica Meléndez, SBN 294106
Cecilia Guevara Zamora, SBN 307159
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
cricecrlaf@comcast.net
vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON LIZARRAGA, and JAIME CARDENAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROWERS' CHOICE, INC.; ROBERT LONGSTRETH, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-00526-TLN-DB<br><br>**Class Action**<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1

ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Lizarraga, et al. v. Growers' Choice, Inc., et al.
Case No. 2:19-cv-00526-TLN-DB

Based on the Parties Joint Stipulation to Continue the January 21, 2021 Deadline for Plaintiffs to File to Their Motion for Preliminary Approval of Class Action Settlement and for good cause shown:

(1) Plaintiffs' motion for preliminary approval of class action settlement shall be filed no later than February 24, 2021.

**IT IS SO ORDERED.**

DATED:  January 15, 2021

_____
Troy L. Nunley
United States District Judge

2

ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE THEIR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Lizarraga, et al. v. Growers' Choice, Inc., et al.
Case No. 2:19-cv-00526-TLN-DB