1
2
3
4
5
6
7
8
9
10
11
12
13
14

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON LIZARRAGA, and JAIME CARDENAS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GROWERS' CHOICE, INC.; ROBERT LONGSTRETH, an individual, and DOES 1-10,<br><br>    Defendants. | Case No. 2:19-cv-00526-TLN-DB<br><br>**Class Action**<br><br>**ORDER GRANTING PARTIES' REQUEST TO WITHDRAW PLAINTIFFS' MARCH 15, 2021 MOTION TO ENFORCE SETTLEMENT AGREEMENT AND TO STAY COURT DEADLINES** |

1

Based on the Parties' Joint Stipulation to Withdraw Plaintiffs' March 15, 2021 Motion to Enforce Settlement Agreement and To Stay Court Deadlines and for good cause shown:

(1) Plaintiffs' March 15, 2021 Motion to Enforce Settlement Agreement, For Attorneys' Fees and Costs, and To Stay All Court Deadlines is hereby withdrawn.

(2) Apart from the April 19, 2021 deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Settlement, all other Court deadlines in the Pre-Trial Scheduling Order, Dkt. 3, 13, are stayed.

**IT IS SO ORDERED.**

DATED: April 8, 2021

_____
Troy L. Nunley
United States District Judge

2

ORDER                                                   Lizarraga, et al. v. Growers' Choice, Inc., et al.
                                                        Case No. 2:19-cv-00526-TLN-DB