UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LIZARRAGA, and JAIME CARDENAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROWERS' CHOICE, INC.; ROBERT LONGSTRETH, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-00526-TLN-DB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

This matter is before the Court on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 31).  The Court having considered the papers submitted in support of the motion HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the Settlement and the Settlement Class based on the terms set forth in the Joint Stipulation of Class Action Settlement and Class Action Settlement Agreement and Release ("Settlement Agreement") and the declarations of the Class Representatives and Class Counsel in support.  All terms used herein shall have the same meaning as defined in the

Settlement Agreement. The settlement set forth on the Settlement Agreement appears to be fair, adequate, and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, and the Class Representatives' Service Award should be finally approved as fair, reasonable, and adequate as to the Class is scheduled in this Courtroom in Courtroom 2, 15th Floor, located at 501 I street, Sacramento, California on the date and time set forth in the implementation schedule in Paragraph 11 below.

4. The Court approves, as to form and content, the Notice of Proposed Class Action Settlement and Hearing Date for Court Approval ("Class Notice"), in substantially the form attached to the Settlement Agreement as **Exhibit A**. The Court approves the procedures for Class members to participate in, to opt out of, to challenge work week information, and to object to, the Settlement as set forth in the Settlement Agreement.

5. The Court directs the mailing of the Class Notice by first Class Mail to the Class members in accordance with the terms set forth in the Settlement Agreement and the Implementation Schedule set forth below. The Court also directs Defendants to hand out copies of a generic Class Notice in Spanish and English to all current Class Members and post the Class Notice in Spanish and English at the corporate yard as set forth in the Settlement Agreement.

6. The Court finds the dates elected for the mailing and distribution of the Notice, as set forth in the Settlement Agreement and Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

7. The Class is preliminarily certified for settlement purposes only.

8. The Court appoints Plaintiffs Ramon Lizarraga and Jaime Cardenas as Class Representatives, and appoints Virginia Villegas of Villegas Carrera, Inc. and Cynthia L. Rice of California Rural legal Assistance Foundation as Class Counsel.

9. The Court appoints Simpluris Class Action Settlement Administration ("Simpluris") as the Claims Administrator.

10. To facilitate administration of the settlement pending final approval, the Court hereby enjoins Plaintiffs and all Class members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Division of Labor Standards Enforcement of the California Department of Industrial Relations) regarding claims released by the Settlement, unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

11. The Court orders the following **Implementation Schedule** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendants to submit Class Information to Claims Administrator | Within fifteen (15) calendar days after the Court enters its Preliminary Approval Order (¶ 54) |
| b. | Deadline for Claims Administrator to mail Class Notice to Class Members | Within fifteen (15) calendar days after the Defendants provide the Claims Administrator the Class Information (¶ 56) |
| c. | Deadline for Class Members to postmark, email, or fax Challenges to work week data contained in Class Notice | Sixty (60) calendar days after the initial date of mailing of the Class Notice (¶ 63) |
| d. | Deadline for Class members to postmark, email, or fax Requests for Exclusion | Sixty (60) calendar days after the initial date of mailing of the Class Notice (¶ 67) |
| e. | Deadline for Class Members to postmark, email, or fax Objections to Settlement | Sixty (60) calendar days after the initial date of mailing of the Class Notice (¶ 61) |
| f. | Deadline for Defendants to mail or wire transfer the first half of the Settlement | No later than fifteen (15) calendar days after the Final Effective Date (¶ 75) |

|    |                                                                                                                                    |                                                                                                                                                                |
|----|------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Amount and Employer Payroll Taxes to Claims Administrator                                                                          |                                                                                                                                                                |
| g. | Deadline for Defendants to mail or wire transfer the second half of the Settlement Amount and Employer Payroll Taxes to Claims Administrator | No later than six (6) months after mail or wire transfer of the first half of the Settlement Amount and Employer Payroll Taxes (¶ 75)                          |
| h. | Deadline for Claims Administrator to mail the Individual Settlement Payments                                                       | Within fifteen (15) calendar days after receipt of the second half of the Settlement Amount and Employer Payroll Taxes from Defendants (¶ 76)                  |
| i. | Deadline for Class Members to cash Individual Settlement Payments                                                                  | Six (6) months (¶ 78)                                                                                                                                          |
| j. | Deadline for Payment to Claims Administrator                                                                                       | Upon receipt of the first half of the Settlement Amount (¶ 33)                                                                                                 |
| k. | Deadline for Claims Administrator to mail Class Representative Service Payment                                                     | No later than seven (7) calendar days after the receipt of the first half of the Settlement Amount (¶ 39)                                                      |
| l. | Deadline for Claims Administrator to mail PAGA payment to the LWDA                                                                 | Within ten (10) calendar days after the receipt of the second half of the Settlement Amount (¶ 51)                                                             |
| m. | Deadline for Defendants to mail or wire transfer to Plaintiffs' Counsel the first half of attorneys' fees and costs                | No later than fifteen (15) calendar days after the Final Effective Date (¶ 28)                                                                                 |
| n. | Deadline for Defendants to mail or wire transfer to Plaintiffs' Counsel the second half of attorneys' fees and costs               | No later than six (6) months after mail or wire transfer of the first half of attorneys' fees and costs (¶ 28)                                                 |

| | | |
|---|---|---|
| o. | Final Approval/Fairness Hearing | September 16, 2021 |

IT IS SO ORDERED.

DATED: August 4, 2021

_____
Troy L. Nunley
United States District Judge